countries where applications for "conditional entry" may be brought and processed, 8 C.F.R. § 235.9(a) is arbitrary, and therefore invalid, because it fails to provide an office in any country in the Orient where applicants may be examined. We do not view the situation as significantly altered from what it was in 1966 to conclude that Chinese refugees are victims of any discrimination by the Attorney General. See Cheng Ho Mui v. Rinaldi, *supra*.

The petition to review is denied.

**PER CURIAM:**

These nineteen alien crewmen who have been ordered deported seek by separate individual petitions to review orders of the Immigration and Naturalization Service denying stays of deportation. The petitioners raise the same issues raised in Luen Kwan Fu v. Immigration and Naturalization Service, 2 Cir., 431 F.2d 73.

A stipulation has been filed in each case stating that the parties will be bound by the decision finally entered in the case of *Luen Kwan Fu*. Accordingly all of the petitions for review are denied.

---

**CHEUNG CHAN and 18 other Chinese Crewmen, Petitioners,**

v.

**IMMIGRATION AND NATURALIZATION SERVICE, Respondent.**

Nos. 744–752, 875, 909–915, 932, 933, Dockets 34087, 34182, 34188, 34189, 34476, 34522, 34523, 34630, 34631, 34804, 34912–34916, 34951, 35039, 35146, 34952.

United States Court of Appeals, Second Circuit.

Submitted April 10, 1970.

Decided Sept. 14, 1970.

Jules E. Coven, Abraham Lebenkoff, Martin Greenberg, Lebenkoff & Coven, New York City, for petitioners.

T. Gorman Reilly, Asst U. S. Atty., Stanley H. Wallenstein, Gen. Atty., INS, Whitney North Seymour, Jr., U. S. Atty., for respondent.

Before WATERMAN, FRIENDLY and ANDERSON, Circuit Judges.

**Allison BUTLER, Plaintiff-Appellant,**

v.

**SOUTHERN PACIFIC COMPANY, Defendant-Appellee.**

No. 28965.

United States Court of Appeals, Fifth Circuit.

Aug. 27, 1970.

Rehearing Denied Oct. 26, 1970.

